**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| Legacy Advancement,<br><br>       Plaintiff,<br><br>vs.<br><br>Vertex Education, LLC, and<br>Legacy Traditional Schools-South Carolina,<br><br>       Defendants. | Civil Action No.: 6:24-cv-4047-JDA<br><br>**<u>EXHIBIT 1</u>** |

Copy of Legacy Articles and Publicity



# Greenville English teacher named 2023 S.C. Teacher of the Year

Mike McMillan · May 5, 2022



2023 South Carolina Teacher of the Year Deion Jamison sits behind the wheel of the new BMW he'll be driving for the next year. Photo provided

On May 4, **Legacy Early College** English teacher **Deion Jamison** was honored as the **2023 South Carolina Teacher of the Year**.

Jamison teaches seventh- through 10th-graders at the Greenville charter school and is in his fifth year of teaching. He said he wanted to be a teacher since he was in fourth grade.

"Deion exhibits the qualities and characteristics that we want to see in every current and future South Carolina educator," South Carolina Superintendent of Education Molly Spearman said. "He is so deserving of this tremendous honor, and I know he will do a fantastic job advocating and representing our over



Jamison is no stranger to accolades. He's been a **Bill & Melinda Gates Millennium Scholar**, was recognized by the **National Council of Teachers of English and Teach for America** as an Early Career Educator of Color Leadership Award recipient. He also received the Sue Lehmann Excellence in Teacher Leadership award.



His interest in teaching came from the realization of the disparities in education between districts in the state and his belief that education is liberation. According to a news release, Jamison is most proud of creating brave, inclusive spaces for culturally and linguistically diverse students to thrive and sharing those practices with colleagues within his school, the state, and nation to promote equity in education.

As part of the award, he will receive $25,000 and the use of a new BMW vehicle for a year. He also received a check in March for $10,000 for being one of the 10 finalists for Teacher of the Year. The Teacher of the Year also serves as the state spokesperson for more than 55,000 educators, according to a news release.

Share    Tweet    Share    Share

### Corps of Engineers expands Upstate staff to meet growing demand
Mike McMillan · May 5, 2022

Read More

### These invasive species can wreak all kinds of havoc on S.C. homes, gardens
Mike McMillan · May 5, 2022

Read More

## Subscribe
Subscribe now to our newsletter

Enter your email                                    Subscribe

☐ By checking this box, you confirm that you have read and are agreeing to our terms of use regarding the storage of the data submitted through this form.

GREENVILLE JOURNAL

## You May Also Like



**Poet laureates bring 'inspiration and magic' to Peace Center Gunter Theatre**

Paul Hyde · May 6, 2024



**'Cuba Oriente' exhibit opens at 906 Art Gallery in Greer**

Staff · May 6, 2024



**Photos: 2024 Italian American Heritage Festival in Fountain Inn**

Guest Contributor · May 6, 2024



**Photos: 2024 Reed**

Megan Fitzgera



## Quick Links


**BLACK HISTORY MONTH**
Presented by TD Bank, TD SYNNEX & The YMCA


**AFFORDABLE HOUSING**
Conversations across the Upstate





| | **SAIL** |
|---|---|
| | Swim Association Invitational League |

| | **FACES OF THE UPSTATE** |
|---|---|
| | Local Business Profiles |

| | **GIVING MATTERS** |
|---|---|
| | Non-Profit News |

| | **EXPLORE 864** |
|---|---|
| | A guide to Greenville, SC and beyond. |

| | **GREENVILLE COUNTY SCHOOLS** |
|---|---|
| | School News |

| | **PROPERTY TRANSFERS** |
|---|---|
| | Real Estate Transactions |

| | **DELVE** |
|---|---|
| | The People and Places That Helped Shape Greenville |

| | **DELINQUENT TAX SALE** |
|---|---|
| | View available tax liens |



## Latest Issue







**May 3, 2024**

Archives





Sign up for our e-newsletters or subscribe to get our print publications.

**GET STARTED!**



# GREENVILLE JOURNAL

CONTACT US     ADVERTISE     ABOUT US     LEGAL     OUR STAFF     SUBSCRIBE TO PRINT     SUBMIT PRESS RELEASE     SUBMIT AN EVENT
SUBMIT LETTERS TO EDITOR/OP-ED'S     SUBMIT LEGAL NOTICE     CONTRIBUTOR FAQS     SPONSORSHIP REQUEST

We Inform. We Connect. We Inspire. © Greenville Journal. All Rights Reserved. | Terms of Service



5/6/24, 4:36 PM    Deion Jamison of Legacy Early College Named 2023 South Carolina Teacher of the Year - South Carolina Department of Education - 05/06/2024 4:36 PM

6:24-cv-04047-JDA        Date Filed 07/19/24    Entry Number 1-1      Page 8 of 15

Home / Newsroom / News Releases / Deion Jamison of Legacy Early College Named 2023 South Carolina Teacher of the Year

# Deion Jamison of Legacy Early College Named 2023 South Carolina Teacher of the Year

May 4, 2022



(Pictured Left to Right: Max Metcalf of BMW, South Carolina Public Charter School District Superintendent Chris Neeley, 2023 South Carolina Teacher of the Year Deion Jamison, and State Superintendent of Education Molly Spearman.)

State Superintendent of Education Molly Spearman announced at the annual South Carolina Teacher of the Year Gala that Deion Jamison, an English teacher at Legacy Early College with the South Carolina Public Charter School District, is the 2023 South Carolina Teacher of the Year.

"Deion exhibits the qualities and characteristics that we want to see in every current and future South Carolina educator," said Spearman. "He is so deserving of this tremendous honor, and I know he will do a fantastic job advocating and representing our over 55,000 teachers this next year."

Jamison became interested in teaching as a child, but the career choice was solidified after recognizing the disparities in education in South Carolina between districts. As a Bill & Melinda Gates Millennium Scholar and product of Orangeburg County Schools, he ascribes to the proverb "to whom much is given, much is required," further influencing his decision to teach.

Jamison believes that education is liberation and teaches his students skills such as collaboration, critical thinking, and problem solving to address the world's most pressing issues.

His work has been recognized nationally through the National Council of Teachers of English and Teach for America as an Early Career Educator of Color Leadership Award recipient. He is also the recipient of the Sue Lehmann Excellence in Teacher Leadership Award. Aside from accolades, Jamison is most proud of creating brave, inclusive spaces for culturally and linguistically diverse students to thrive and sharing those practices with colleagues within his school, the state, and nation to promote equity in education.

As part of the state Teacher of the Year awards program, Deion will receive $25,000 and a brand-new BMW for one year.

Considered one of the country's strongest, the South Carolina Teacher of the Year program celebrates excellence and strengthens the teaching force by honoring and recognizing exceptional teachers on a district, state, and national level. These awards not only assist in retention efforts but serve as a powerful recruitment tool.

The South Carolina Teacher of the Year serves for one school year as a roving ambassador providing mentoring, attending speaking engagements, working with teacher cadets and teaching fellows, leading the State Teacher Forum, and serving as the state spokesperson for over 55,000 educators. Learn more about the Teacher of the Year program.

## Contact Information

1429 Senate Street
Columbia, SC 29201
**Phone:** 803-734-8500
**Email:** info@ed.sc.gov

Agency Staff Directory

Some content may require Adobe Reader

## Archive

- April 2024 (1)
- March 2024 (7)
- February 2024 (2)
- January 2024 (3)
- December 2023 (1)
- November 2023 (1)
- October 2023 (2)
- September 2023 (4)
- August 2023 (1)
- June 2023 (3)
- May 2023 (1)
- April 2023 (1)
- March 2023 (6)
- February 2023 (2)
- January 2023 (2)
- December 2022 (2)
- November 2022 (3)
- October 2022 (8)
- September 2022 (4)
- August 2022 (5)
- July 2022 (3)
- June 2022 (6)
- May 2022 (3)
- April 2022 (3)
- March 2022 (7)
- February 2022 (5)
- January 2022 (3)
- December 2021 (2)
- November 2021 (6)
- October 2021 (2)
- September 2021 (4)
- August 2021 (2)
- July 2021 (2)
- June 2021 (3)
- May 2021 (3)
- April 2021 (4)
- March 2021 (7)
- February 2021 (3)
- January 2021 (2)
- December 2020 (2)
- November 2020 (2)
- October 2020 (6)
- September 2020 (2)
- August 2020 (3)
- July 2020 (5)
- April 2020 (5)
- February 2020 (1)
- December 2019 (3)

6:24-cv-04047-JDA         Date Filed 07/19/24       Entry Number 1-1     Page 9 of 15

October 2019 (6)
September 2019 (6)
July 2019 (2)
June 2019 (1)
May 2019 (6)
April 2019 (2)
March 2019 (5)
February 2019 (2)
January 2019 (3)
December 2018 (4)
November 2018 (4)
October 2018 (6)
September 2018 (2)
August 2018 (3)
July 2018 (2)
June 2018 (2)
May 2018 (5)
April 2018 (6)
March 2018 (6)
February 2018 (5)
January 2018 (2)
December 2017 (4)
November 2017 (4)
October 2017 (9)
September 2017 (5)
August 2017 (2)
July 2017 (3)
June 2017 (6)
May 2017 (4)
April 2017 (4)
March 2017 (7)
February 2017 (2)
January 2017 (5)
December 2016 (2)
November 2016 (2)
October 2016 (5)
September 2016 (3)
August 2016 (5)
July 2016 (2)
June 2016 (4)
May 2016 (10)
April 2016 (8)
March 2016 (24)
February 2016 (9)
January 2016 (1)
December 2015 (5)
November 2015 (7)
October 2015 (3)
September 2015 (6)
July 2015 (5)
June 2015 (1)
May 2015 (4)
April 2015 (6)
March 2015 (13)
February 2015 (4)
January 2015 (3)



SC Department of Education



5/6/24, 4:36 PM                          Deion Jamison of Legacy Early College Named 2023 South Carolina Teacher of the Year - South Carolina Department of Education

6:24-cv-04047-JDA         Date Filed 07/19/24      Entry Number 1-1      Page 10 of 15

About

Vision

Mission Statement

Offices / Divisions

Newsroom

Jobs

Freedom of Information Request

Staff Directory

## Contact Us

803-734-8500

info@ed.sc.gov

ed.sc.gov

1429 Senate St
Columbia SC 29201

## Tools

Reset Password

Application Portal

Create Account

Technical Support

ED.SC.GOV  |  Privacy / Legal  |  Accessibility  |  Translation Disclaimer

© 2024 South Carolina Department of Education
All other trademarks are the property of their respective holders.



# WIKIPEDIA
The Free Encyclopedia

# Nic Claxton

**Nicolas Devir Claxton** (born April 17, 1999) is an American professional basketball player for the Brooklyn Nets of the National Basketball Association (NBA). He played college basketball for the Georgia Bulldogs.

## High school career

Claxton attended Legacy Charter School in Greenville, South Carolina. In his senior season, he averaged 17.4 points, 7.8 rebounds and 2.9 blocks per game and became the fourth player in school history to record 1,000 career points.[1][2] Claxton was a three-star recruit and chose to play for Georgia over Baylor, Florida State, NC State, and South Carolina.[3]

## Professional career

### Brooklyn Nets (2019–present)

#### Early years and limited role (2019–2021)

On June 20, 2019, Claxton was selected with the 31st overall pick in the 2019 NBA draft by the Brooklyn Nets.[4] On July 7, the Nets announced that they had signed Claxton.[5] He made his NBA debut on November 8, recording eight points and six rebounds in a 119–115 win over the Portland Trail Blazers.[6] Claxton suffered a hamstring injury in January 2020 and was assigned to the Nets' NBA G League affiliate, the Long Island Nets, on January 10, 2020.[7] On January 20, he scored a season-high 15 points, alongside four rebounds and two assists, in a 117–111 loss to the Philadelphia 76ers.[8] On June 24, the Nets announced that Claxton had undergone successful arthroscopic labrum repair surgery on his left shoulder and was expected to miss the remainder of the 2019–20 season.[9]

Heading to the 2020–21 season the Nets traded center Jarrett Allen to create more minutes for Claxton. On May 12, 2021, Claxton scored a season-high 18 points, alongside five rebounds and two blocks, in a 128–116 win over the San Antonio Spurs.[10] During the playoffs, the Nets faced the Boston Celtics in the first round. Claxton made his playoff debut on May 22, recording six points and five rebounds in a

**Nic Claxton**



Claxton with the Brooklyn Nets in 2019

| No. 33 – Brooklyn Nets | |
|---|---|
| Position | Center |
| League | NBA |
| **Personal information** | |
| Born | April 17, 1999<br>Greenville, South Carolina, U.S. |
| Nationality | American / U.S. Virgin Islander |
| Listed height | 6 ft 11 in (2.11 m) |
| Listed weight | 215 lb (98 kg) |
| **Career information** | |
| High school | Legacy Charter School (Greenville, South Carolina) |
| College | Georgia (2017–2019) |
| NBA draft | 2019: 2nd round, 31st overall pick |
| Selected by the Brooklyn Nets | |

104–93 Game 1 win.[11] The Nets ended up winning the series in five games,[12] but lost to the Milwaukee Bucks in seven games during the second round.[13]

### Emerging as a defensive star and increase production (2021–present)

In the off-season the Nets traded starting center DeAndre Jordan and named Claxton as their main starting center. On February 2, 2022, Claxton scored a season-high 23 points, alongside eleven rebounds and five blocks, in a 112–101 loss to the Sacramento Kings.[14] In a rematch of last year's series, the Nets faced the Boston Celtics in the first round of the playoffs. The Nets were eliminated in four games, with Claxton averaging 10.5 points and 2.3 blocks per game.[15]

On July 7, 2022, Claxton re-signed with the Nets on a two-year, $20 million contract.[16][17] He was the Nets' starting center entering the 2021–22 season.[18] On January 26, 2023, Claxton scored a career-high 27 points, alongside 13 rebounds and two blocks, in a 130–122 loss to the Detroit Pistons.[19]

| | |
|---|---|
| Playing career | 2019–present |
| **Career history** | |
| 2019–present | Brooklyn Nets |
| 2019–2020 | →Long Island Nets |
| **Career highlights and awards** | |
| - Second-team All-SEC – Coaches (2019) | |
| **Stats (https://www.nba.com/player/1629651) at NBA.com** | |
| **Stats (https://www.basketball-reference.com/players/c/claxtni01.html) at Basketball-Reference.com** | |

## National team career

In 2014, Claxton played for the United States Virgin Islands at the Centrobasket Under-15 Championship in Panama City, averaging a double-double of 10.6 points and 11.8 rebounds per game.[20] He made another appearance for the Virgin Islands at the 2015 Centrobasket Under-17 Championship in San Juan, Puerto Rico, where he averaged 11 points and eight rebounds per game.[21] Claxton competed at the 2016 FIBA Americas Under-18 Championship in Valdivia, Chile. He averaged a team-high 12 points and 7.2 rebounds per game, leading his team to seventh place.[22][23] In the summer of 2018, Claxton joined the senior Virgin Islands national team at qualifying competition for the 2019 FIBA World Cup.[24]

Claxton is eligible for the U.S. Virgin Islands team because his father, Charles, was born in St. Thomas.[24]

## Career statistics

Legend

| GP | Games played | GS | Games started | MPG | Minutes per game |
| FG% | Field goal percentage | 3P% | 3-point field goal percentage | FT% | Free throw percentage |
| RPG | Rebounds per game | APG | Assists per game | SPG | Steals per game |
| BPG | Blocks per game | PPG | Points per game | **Bold** | Career high |

|   |   |   |
|---|---|---|
| * |   | Led the league |

## NBA

### Regular season

| Year | Team | GP | GS | MPG | FG% | 3P% | FT% | RPG | APG | SPG | BPG | PPG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019–20 | Brooklyn | 15 | 0 | 12.5 | .563 | .143 | .524 | 2.9 | 1.1 | .1 | .5 | 4.4 |
| 2020–21 | Brooklyn | 32 | 1 | 18.6 | .621 | **.200** | .484 | 5.2 | .9 | .7 | 1.3 | 6.6 |
| 2021–22 | Brooklyn | 47 | 19 | 20.7 | .674 | — | **.581** | 5.6 | .9 | .5 | 1.1 | 8.7 |
| 2022–23 | Brooklyn | **76** | **76** | **29.9** | **.705*** | .000 | .541 | 9.2 | 1.9 | **.9** | **2.5** | **12.6** |
| 2023–24 | Brooklyn | 71 | 71 | 29.8 | .629 | **.200** | .551 | **9.9** | **2.1** | .6 | 2.1 | 11.8 |
| Career |  | 241 | 167 | 25.5 | .661 | .158 | .544 | 7.8 | 1.6 | .7 | 1.8 | 10.3 |

### Play-in

| Year | Team | GP | GS | MPG | FG% | 3P% | FT% | RPG | APG | SPG | BPG | PPG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | Brooklyn | 1 | 0 | 28.7 | 1.000 | — | .167 | 9.0 | 1.0 | .0 | 5.0 | 13.0 |
| Career |  | 1 | 0 | 28.7 | 1.000 | — | .167 | 9.0 | 1.0 | .0 | 5.0 | 13.0 |

### Playoffs

| Year | Team | GP | GS | MPG | FG% | 3P% | FT% | RPG | APG | SPG | BPG | PPG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | Brooklyn | **12** | 0 | 10.8 | .483 | — | **.667** | 2.8 | .6 | .3 | 1.0 | 2.5 |
| 2022 | Brooklyn | 4 | 0 | 24.5 | **.792** | — | .182 | 6.3 | **1.5** | **1.3** | **2.3** | **10.5** |
| 2023 | Brooklyn | 4 | **4** | **29.2** | .720 | — | .600 | **8.0** | **1.5** | .3 | 1.8 | **10.5** |
| Career |  | 20 | 4 | 17.2 | .654 | — | .343 | 4.5 | 1.0 | .5 | 1.4 | 5.7 |

## College

| Year | Team | GP | GS | MPG | FG% | 3P% | FT% | RPG | APG | SPG | BPG | PPG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017–18 | Georgia | **33** | 5 | 14.7 | .449 | **.364** | .523 | 3.9 | .2 | .2 | 1.3 | 3.9 |
| 2018–19 | Georgia | 32 | **32** | **31.6** | **.460** | .281 | **.641** | **8.6** | **1.8** | **1.1** | **2.5** | **13.0** |
| Career |  | 65 | 37 | 23.0 | .457 | .302 | .611 | 6.2 | 1.0 | .6 | 1.9 | 8.4 |

## Personal life

Claxton is the son of Charles Claxton, a U.S. Virgin Islands native who played college basketball for Georgia and was briefly a member of the Boston Celtics in the 1995–96 NBA season.[25][26] Nic's younger brother, Chase Claxton, plays Division I basketball for the Winthrop Eagles.[27]

## References

1. "Nicolas Claxton" (https://georgiadogs.com/roster.aspx?rp_id=3180). University of Georgia Athletics. Retrieved May 17, 2019.
2. Weiszer, Mark (November 1, 2017). "Freshman Nicolas Claxton brings length, versatility to Bulldogs" (https://www.onlineathens.com/sports/dogbytes/2017-11-01/freshman-nicolas-claxton-brings-length-versatility-bulldogs). *Athens Banner-Herald*. Retrieved May 17, 2019.
3. Sudge, Brandon (November 14, 2016). "Three-star wing Nicolas Claxton signs with Georgia for 2017" (https://www.sicemdawgs.com/2016/11/three-star-wing-nicolas-claxton-signs-georgia-2017/). SicEmDawgs. Retrieved May 17, 2019.
4. "Brooklyn Nets Select Nicolas Claxton and Jaylen Hands in 2019 NBA Draft" (https://www.nba.com/nets/news/2019/06/20/brooklyn-nets-select-nicolas-claxton-and-jaylen-hands-2019-nba-draft). *NBA.com*. June 20, 2019. Retrieved June 20, 2019.
5. "Brooklyn Nets Sign Nicolas Claxton" (https://www.nba.com/nets/news/2019/07/07/brooklyn-nets-sign-nicolas-claxton). *NBA.com*. July 7, 2019. Retrieved July 7, 2019.
6. Friar, Nick (November 9, 2019). "Nic Claxton impressed in NBA debut against Blazers" (https://netswire.usatoday.com/2019/11/09/nicolas-claxton-made-nba-debut/). *Nets Wire*. Retrieved September 13, 2023.
7. "Nets' Nicolas Claxton: Sent to G League" (https://www.cbssports.com/fantasy/basketball/news/328060-nets-nicolas-claxton-sent-to-g-league/). *CBS Sports*. January 10, 2020. Retrieved January 11, 2020.
8. "Simmons scores 34 in triple-double, carries 76ers past Nets" (https://www.espn.com/nba/recap?gameId=401161283). *ESPN*. January 20, 2020. Retrieved September 13, 2023.
9. "NICOLAS CLAXTON MEDICAL UPDATE" (https://www.nba.com/nets/news/2020/06/24/nicolas-claxton-medical-update). *NBA.com*. June 24, 2020. Retrieved June 24, 2020.
10. "Harden returns to score 18 points, Nets beat Spurs 128-116" (https://www.espn.com/nba/recap?gameId=401307852). *ESPN*. May 12, 2021. Retrieved September 13, 2023.
11. Brooks, Matthew (May 25, 2021). "Nicolas Claxton on Game 1 playoff debut against Boston: 'I was ready' " (https://www.netsdaily.com/2021/5/25/22453095/nicolas-claxton-on-game-1-playoff-debut-against-boston-i-was-ready). *NetsDaily*. Retrieved September 13, 2023.
12. "Nets head to second round, beat Celtics 123-109 in Game 5" (https://www.espn.com/nba/recap?gameId=401327890). *ESPN*. June 1, 2021. Retrieved September 13, 2021.
13. "Bucks edge Nets in OT in Game 7, withstand Durant's 48" (https://www.espn.com/nba/recap?gameId=401332963). *ESPN*. June 20, 2021. Retrieved September 13, 2023.
14. "Kings rally in 4th to hand Nets 6th straight loss, 112-101" (https://www.espn.com/nba/recap?gameId=401360599). *ESPN*. February 2, 2022. Retrieved September 13, 2023.
15. "Celtics complete 4-game sweep of Nets with 116-112 victory" (https://www.espn.com/nba/recap?gameId=401430212). *ESPN*. April 25, 2022. Retrieved September 13, 2023.
16. "Brooklyn Nets Re-sign Nic Claxton" (https://www.nba.com/nets/news/2022/07/07/brooklyn-nets-re-signed-nic-claxton). *NBA.com*. July 7, 2022. Retrieved July 12, 2022.
17. "Nets re-sign Nic Claxton to 2-year, $20 million contract: Sources" (https://theathletic.com/news/patty-mills-nic-claxton-nets/RDQD6dhBeq6q/). *The Athletic*. July 1, 2022. Retrieved July 12, 2022.
18. "Nic Claxton starting to be big-impact player for Nets" (https://nypost.com/2023/01/07/nic-claxton-starting-to-be-big-impact-player-for-nets/). *NY Post*. January 7, 2023. Retrieved February 4, 2023.

19. "Pistons beat Nets, first win in Brooklyn in almost 5 years" (https://www.espn.com/nba/recap?gameId=401468886). *ESPN*. January 26, 2023. Retrieved September 13, 2023.
20. "Nicolas Claxton's profile - 2014 Centrobasket U15 Championship for Men" (https://archive.fiba.com/pages/eng/fa/player/p/pid/115940/pid2//sid/10279/tid/385/tid2//_/2014_Centrobasket_U15_Championship_for_Men/index.html). FIBA. Retrieved May 17, 2019.
21. "Nicolas Claxton's profile - 2015 Centrobasket U17 Championship for Men" (https://archive.fiba.com/pages/eng/fa/player/p/pid/115940/pid2//sid/11679/tid/385/tid2//_/2015_Centrobasket_U17_Championship_for_Men/index.html). FIBA. Retrieved May 17, 2019.
22. "Nicolas Claxton's profile - 2016 FIBA Americas U18 Championship for Men" (https://archive.fiba.com/pages/eng/fa/player/p/pid/115940/sid/8094/tid/385/_/2016_FIBA_Americas_U18_Championship_for_Men/index.html). FIBA. Retrieved May 17, 2019.
23. "Nicolas Claxton Player Profile" (https://basketball.realgm.com/player/Nicolas-Claxton/Summary/108483). RealGM. Retrieved May 17, 2019.
24. Hebert, Michael (June 30, 2018). "Georgia basketball's Nicolas Claxton shines for the U.S. Virgin Islands team in qualifying competition for the 2019 FIBA World Cup" (https://www.redandblack.com/sports/georgia-basketball-s-nicolas-claxton-shines-for-the-u-s/article_9c828878-7c83-11e8-a64d-1f9c1755777c.html). *The Red & Black*. Retrieved May 17, 2019.
25. Weiszer, Mark (November 14, 2016). "Claxton connection to Georgia continues as Bulldogs land son of former player" (https://www.onlineathens.com/sports/2016-11-14/claxton-connection-georgia-continues-bulldogs-land-son-former-player). *Athens Banner-Herald*. Retrieved May 17, 2019.
26. "Charles Claxton" (https://www.basketball-reference.com/players/c/claxtch01.html). Sports Reference. Retrieved May 17, 2019.
27. Zietlow, Alex (March 18, 2021). "He has NBA genes. But at Winthrop, Claxton will do what his brother and dad didn't" (https://www.charlotteobserver.com/sports/article250012154.html). *Charlotte Observer*. Archived (https://web.archive.org/web/20220830162428/https://archive.ph/0hHG5) from the original on August 30, 2022. Retrieved August 28, 2022.

## External links

- Career statistics and player information from NBA.com (https://stats.nba.com/player/1629651/) and Basketball-Reference.com (https://www.basketball-reference.com/players/c/claxtni01.html)
- Georgia Bulldogs bio (https://georgiadogs.com/roster.aspx?rp_id=3180)

Retrieved from "https://en.wikipedia.org/w/index.php?title=Nic_Claxton&oldid=1220379049"