**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| Legacy Advancement,<br><br>      Plaintiff,<br><br>vs.<br><br>Vertex Education, LLC, and<br>Legacy Traditional Schools-South Carolina,<br><br>      Defendants. | Civil Action No.: 6:24-cv-4047-JDA<br><br>**<u>EXHIBIT 2</u>** |

Copy of Camp Flyer

