# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Legacy Advancement,<br><br>         Plaintiff,<br><br>vs.<br><br>Vertex Education, LLC, and<br>Legacy Traditional Schools-South Carolina,<br><br>         Defendants. | Civil Action No.:<br><br>**EXHIBIT 3** |

Copy of SC State Registration

# The State of South Carolina

**TRADEMARK REGISTRATION**



**SERVICE MARK REGISTRATION**

## Office of Secretary of State Mark Hammond

I, Mark Hammond, Secretary of State, hereby certify that the following mark has been registered in this state according to the provisions of the South Carolina Code of Laws Section 39-15-1105 <u>et seq.</u> to:

Legacy Advancement
104 Broadus Avenue
Greenville, SC 29601

## LEGACY

**Description:** The mark consists of the word "LEGACY."

**Description of Goods or Services:** Providing classroom and on-line educational services, including camps and field trips, in the nature of a charter school. Services provided to prekindergarten, kindergarten, elementary, middle and high school levels on a non-profit basis.

**Class of Goods or Services:** Service mark class(es) #7

| | | |
|---|---|---|
| **Date of First Use:** 4/24/2007 | **Date of First Use in South Carolina:** 4/24/2007 | **Registration Date:** 4/10/2024 |
| | | **Expiration Date:** 4/10/2029 |

If an Entity, Organized under the Laws of South Carolina

Given under my hand and Great Seal of the State of South Carolina on April 10, 2024

*Mark Hammond*
Mark Hammond, Secretary of State

Certificate No.: 236752