# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| Legacy Advancement,<br><br>    Plaintiff,<br><br>vs.<br><br>Vertex Education, LLC, and<br>Legacy Traditional Schools-South Carolina,<br><br>    Defendants. | Civil Action No.: 6:24-cv-4047-JDA<br><br>**EXHIBIT 5** |

Copies of Defendant's Internet Advertising

# Legacy is coming to South Carolina!

## Join Our Interest List!

Charleston (https://southcarolina.legacytraditional.org/charleston)

(Opening 2026-27)

Columbia (https://southcarolina.legacytraditional.org/columbia)

(Opening 2026-27)

Greenville (https://southcarolina.legacytraditional.org/greenville)

(Opening 2026-27)

Legacy Traditional Schools is a network of Tuition-FREE, public charter schools founded in 2007, and serving over 27,000 students in Arizona, Nevada and Texas; and we're coming to South Carolina!

We're committed to help each of our students win in and out of the classroom. Our traditional, back-to-basics curriculum develops all of the important characteristics that make successful, well-rounded kids from Kindergarten to 8th grade. With

strong foundations in reading, writing, and mathematics, Legacy students are impacting their communities through the arts, athletics, and innovative clubs and programs. We're proud to help build bright futures and serve our local communities.

Want to get involved and learn more about Legacy Traditional Schools – South Carolina? Please email southcarolina-info@legacytraditional.org (mailto:southcarolina-info@legacytraditional.org).

# Start a Legacy!

- **Tuition-FREE** Kindergarten – Grade 8
- Well-rounded curriculum
- Specialized curriculum focused on math and language arts mastery.

- Daily Flag Ceremonies and Pledge of Allegiance
- State-of-the-art facilities
- Exceptional sports and music programs
- We're loved by parents!
- Parents in Arizona have voted us the #1 charter school network for 9 consecutive years.



Top 10 Reasons to Choose Legacy Traditional School - South Carolina

Legacy Traditional Schools Coming Soon to South Carolina



# Careers at Legacy Traditional Schools

**Start Your Legacy in South Carolina!**

Legacy Traditional Schools is thrilled to announce we are opening new campuses in Charleston, Columbia, and Greenville, and we're looking for passionate and dedicated educators, staff, and administrators to join us on this exciting journey.

As we prepare to open our doors in South Carolina, we invite you to express your interest in joining our dynamic community.

Whether you're an experienced educator or eager to make a difference, we welcome you to sign up and stay updated. By registering your interest, you'll be the first to hear about our latest updates, hiring events, and other exciting opportunities as our South Carolina campuses progress.

**Be a Part of Our Legacy – Shape the Future in South Carolina!**
**Express Your Interest Now!**

Please fill out the form below to let us know you're interested. We're excited to connect with you and explore the possibilities of having you on our team!

"*" indicates required fields

**Name** *

FIRST

LAST

EMAIL *

PHONE *

**SELECT A CAMPUS NEAR YOU** *

Select Campus ▼

**SELECT THE POSITION YOU'RE INTERESTED IN** *

Select Position ▼

**HOW DID YOU HEAR ABOUT US?**

Select One ▼

**ARE YOU A CERTIFIED TEACHER?** *

Yes or No? ▼

## ARE YOU CURRENTLY AN LTS EMPLOYEE? *

Yes or No? ▼

## SUBMIT YOUR RESUME, CREDENTIALS AND OTHER SUPPORTING DOCUMENTS

Drop files here or

Select files

Accepted file types: jpg, gif, png, pdf, doc, Max. file size: 100 MB, Max. files: 5.

Submit

# Learn More

legacytraditional.org (https://legacytraditional.org)

# Questions?

southcarolina-info@legacytraditional.org (mailto:southcarolina-info@legacytraditional.org)

**Donate Today with Legacy Gives**

Learn how you can support Legacy students → (http://legacygives.org/)

**Resources**

Board Meetings (https://legacytraditional.org/board-meetings/)

Connect with Legacy



 (https://www.facebook.com/ltssouthcarolina/)    (https://twitter.com/ltsdistrict)

 (https://instagram.com/legacytraditionalschools)

Board Meetings (https://legacytraditional.org/board-meetings/)