**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| Legacy Advancement,<br><br>  Plaintiff,<br><br>vs.<br><br>Vertex Education, LLC, and<br>Legacy Traditional Schools-South Carolina,<br><br>  Defendants. | Civil Action No.: 6:24-cv-4047-JDA<br><br>**EXHIBIT 6** |

Copies of Defendant's Social Media and Internet Postings

**Legacy Traditional School - Greenville's Post**   ✕


Where will this be located at

6d   Like   Reply


✏️ Author
**Legacy Traditional School - Greenville**
Thank you for your interest in learning with Legacy! This campus will be located in Greenville, however, we don't have the exact address just yet.

Make sure to follow our page as we'll be announcing more information about this location as we receive it! 🤩

You can also join our interest list at southcarolina.legacytraditional.org.


SOUTHCAROLINA.LEGACYTRADITIONAL.ORG
K-8 Public Charter Schools in South Carolina | Legacy Traditional School

2d   Like   Reply


**Legacy Traditional School - Greenville** will you finally have a football team?

23h   Like   Reply   Edited


Reply to Legacy Traditional School - Greenville...


Reply to ███████████ ...


I think ima send cay here ███████

5w   Like   Reply       2 👍❤️


██████████ ████████

6d   Like   Reply


Where is this campus going to be located?

1w   Like   Reply


✏️ Author
Legacy Traditional School - Greenville


Write a comment...





good morning america and legacy early college   ✕  🎤  📷  🔍

   ⋮⋮⋮  

All   Images   News   Forums   Maps   ⋮ More                    Tools                    Sa

About 1,800,000 results (0.41 seconds)

**Legacy Early College**
https://www.legacyearlycollege.org  ⋮

**Legacy Early College, charter, dual enrollment, K4, K12**
**Legacy Early College** is a public K4-12th charter school in **Greenville**'s West End. Legacy's education model combines academic excellence, nutrition, ...

Calendars · Faculty and Staff · High School · Careers

Missing: ~~morning~~ | Show results with: morning



**People also ask** ⋮

How much does it cost to go to Legacy School Greenville SC?   ⌃

Legacy Traditional Schools is a network of **Tuition-FREE**, public charter schools founded in 2007, and serving over 27,000 students in Arizona, Nevada and Texas; and we're coming to South Carolina! We're committed to help each of our students win in and out of the classroom.

 legacytraditional.org
https://southcarolina.legacytraditional.org

**K-8 Public Charter Schools in South Carolina | Legacy Traditional School**

Search for: How much does it cost to go to Legacy School Greenville SC?

Who is the executive director of Legacy Early College?   ⌄
Who is the founder of Legacy Early College?   ⌄
How is Legacy Early College funded?   ⌄
What is the mission statement of Legacy Early College?   ⌄
What is legacy acceptance rate?   ⌄
What does legacy mean college?   ⌄
What colleges got rid of legacy?   ⌄
Who is the executive director of Bard Early College?   ⌄
Who is the executive director of Tulsa Legacy Charter School?   ⌄
What is the most expensive school in SC?   ⌄
Is SC Governor's school Free?   ⌄
How many schools have legacy admissions?   ⌄
How are the public schools in Greenville SC?   ⌄



See photos

**Legacy Early College**

4.5 ★★★★★ 20 Google reviews   ⓘ

High school in City View, South Carolina

Website   Directions   Save   📞

**Address:** 900 Woodside Ave, Greenville, SC 29611
**Phone:** (864) 248-0646
**Hours:** Closed · Opens 7:30 AM Tue ▾

Suggest an edit

**Profiles**

      
LinkedIn    Instagram    Facebook    X (Twitter)

**Reviews** ⓘ                     Write a revie

20 Google reviews

 "The **food** is getting a little better But isn't consiste menu."
★★★☆☆

"Because my **children** has the best **teacher** 🐱🐱 ★★★★★

 "They are always respectful of sharing the **street** around the school."
★★★★★

View all Google reviews

📱 Send to your phone

**People also search for**

Does legacy matter for public schools?

What are the beliefs of legacy traditional schools?

Feedback


 Legacy Academy Woodruff... Preschool
 Legacy Academy of... Preschool
 Legacy Advance... Corporate office
 TheChan... School
Gre Ea Col Col

Legacy Early College
https //www.legacyearlycollege.org › news

**News - Legacy Early College, charter school in Greenville SC**
**Legacy Early College** High School, a 4K-12 Charter school located in **Greenville SC**, is thrilled to announce that one of our own, Irving Oliver, ...
Missing: morning america

Instagram · legacyearlycollege
20+ likes  1 week ago

**Legacy Early College | Our elementary scholars were ...**

 Our elementary scholars were recognized @**greenvilledrive** for completing more than 50% **school** competition with our reading challenge! more. April ...

Instagram · legacyearlycollege
2.2K+ followers

**Legacy Early College (@legacyearlycollege)**
**Greenville**, **SC** A public charter serving K4-12th grade scholars: focused on health , nutrition and a dual enrollment education. # helegacyway.

YouTube · League Ready
6.6K+ views  5 months ago

**Legacy Early College (SC) vs Link Academy (MO) - EYBL ...**

 EYBL Scholastic matchup **Legacy Early College (SC)** vs Link Academy ... Your browser can't play **this** video. Learn more ... **Legacy Early College (SC)** ...
Missing: morning america greenville

Legacy Early College
https //www.legacyearlycollege.org › schools › high-sch...

**High School - Greenville**
High School - **Legacy Early College** is a public K4-12th charter school located in **Greenville's** West End. Legacy's education model combines academic ...
Missing: america | Show results with: america

LinkedIn · Legacy Early College
2 reactions  6 days ago

**Legacy Early College's Post**
We're #hiring a new **School** Social Worker in **Greenville**-Spartanburg-Anderson, **South Carolina** Area. Apply today or share **this** post with your ...

U.S. News & World Report
https //www.usnews.com › south-carolina › districts › le...

**Legacy Early College - High Schools**
Get information on **Legacy Early College** in **Greenville**, **SC** including enrollment, state testing assessments and student body breakdown.
Missing: morning | Show results with: morning

Legacy Early College
https //www.legacyearlycollege.org › about

**About Us - Legacy Early College, charter school in ...**

Legacy is a school of mastery, serves only nutritious meals and is the only public school in SC that provides daily PE for every scholar. Scholars are also ...

Faculty and Staff · Board of Directors · Map & Directions · Our Story

Missing: good morning america


Facebook
https //m.facebook com › ... › Legacy Early College

### Legacy Early College | Greenville SC

charter school located in Greenville, SC. 􀀀. 팔로우.

Missing: good morning america

## Related searches

- Good morning america and legacy early college greenvil…
- Good morning america and legacy early college greenvil…
- Good morning america and legacy early college greenvil…
- Good morning america and legacy early college greenvil…
- legacy early college **basketball**
- legacy early college **staff**
- legacy early college **facebook**
- legacy **charter school** greenville sc

More results ⌄

https://www.google.com/search?q=good+morning+america+and+legacy+early+college+greenville+sc&sca_esv=be445f0cc062ab15&sca_upv=1&ei=6…   3/3