**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| Legacy Advancement,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Vertex Education, LLC, and<br>Legacy Traditional Schools-South Carolina,<br><br>　　　　Defendants. | Civil Action No.: 6:24-cv-4047-JDA<br><br>**EXHIBIT 7** |

Copy of SC Dept. of Ed. Correspondence

**From:** Bonnette, Jack <jbonnette@ed.sc.gov>
**Sent:** Monday, June 17, 2024 1:43 PM
**To:** Mike MacNabb <mike@bluewatercivil.com>; Bailey, Daniel J. <BaileyDJ@scdot.org>; Graham Hardaway <graham@cyleaders.org>
**Cc:** Christopher L. Price <chris@bluewatercivil.com>; Johnson, Ashley <JohnsonHA@scdot.org>
**Subject:** RE: Legacy Early College - New Charter School -Schematic Design Plans

Mr. McNabb,

The OSF process can be found in the 2023 South Carolina School Facilities Planning and Construction Guide. If you referring to Legacy Charter (Two Notch) - New construction (Columbia) - [Portal ID: 4801-0260], the property acquisition process must be completed before the project and plans can be submitted for review by OSF. Jason Ottman is listed as the POC for this property acquisition.



**Jack Bonnette**
Engineering Associate IV
**Phone** 803-605-1497
**Web** www.ed.sc.gov
**Address** 428 Wholesale Lane, West Columbia, SC 29172

**From:** Mike MacNabb <mike@bluewatercivil.com>
**Sent:** Monday, June 17, 2024 12:38 PM
**To:** Bailey, Daniel J. <BaileyDJ@scdot.org>; Graham Hardaway <graham@cyleaders.org>
**Cc:** Christopher L. Price <chris@bluewatercivil.com>; Johnson, Ashley <JohnsonHA@scdot.org>; Bonnette, Jack <jbonnette@ed.sc.gov>
**Subject:** RE: Legacy Early College - New Charter School -Schematic Design Plans

Daniel,

Thank you for the reply.  I've added Graham Hardaway with Legacy to this email chain.  He can confirm, but I believe he submitted several documents to OSF a couple of months ago.

Is there an official process through OSF to request the site meeting or is this email acceptable?

The schematic plan in the TIA was something an architect put together very early on in the design process to see what might fit.  We were brought on after the TIA was completed.  We added the roundabout as recommended in the TIA and flipped the bus drive to the opposite side once the school got more into programming for the building and bus drop-off location was defined.

Thanks,

**Michael MacNabb, PE/PLA/LEED AP**
Bluewater Civil Design, LLC - Partner
718 Lowndes Hill Road - Greenville, SC 29607
Office - Direct: 864-326-4209
Cell: 864-735-5323 - Email: mike@bluewatercivil.com
Please visit our website at:  www.bluewatercivil.com

NOTICE: This message is directed to and is for the use of the above-noted addressee only, and its contents may be legally privileged or confidential.  If
the reader of this message is not the intended recipient, you are hereby notified that any distribution, dissemination, or copy of this message is strictly prohibited.  If you have received this message in error, please delete it immediately and notify the sender.  This message is not intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated hereon.

Bluewater Civil Design, LLC has Professionals Licensed in SC, NC, GA, AL, TN, FL, KY, ID, MT, WA, LA, VA, KS, OK, MS, NV


**From:** Bailey, Daniel J. <BaileyDJ@scdot.org>
**Sent:** Monday, June 17, 2024 12:07 PM
**To:** Mike MacNabb <mike@bluewatercivil.com>
**Cc:** Christopher L. Price <chris@bluewatercivil.com>; Johnson, Ashley <JohnsonHA@scdot.org>; Bonnette, Jack <jbonnette@ed.sc.gov>
**Subject:** RE: Legacy Early College - New Charter School -Schematic Design Plans

Hi Mike,

The plans you sent don't match the plans, access points, or intersection type in the TIA. Also, a Site Traffic Report must be produced for the Department of Education's Office of School Facilities (OSF) before a Concurrence Letter can be produced. Have you reached out to Jack Bonnette at OSF yet? We will need to have a site meeting with all interested parties prior to the Site Traffic Report being produced. Let me know if you have any questions.

Thank you,



**Daniel J. Bailey**
*Associate Engineer – Traffic Engineering – School Operations*

**P** 803-737-6640  **C** 839-810-8159  **E** BaileyDJ@scdot.org

South Carolina Department of Transportation
955 Park Street, P.O. Box 191, Columbia, SC 29202-0191


**From:** Mike MacNabb <mike@bluewatercivil.com>
**Sent:** Tuesday, June 4, 2024 10:04 AM
**To:** Bailey, Daniel J. <BaileyDJ@scdot.org>; Meekins, David J <MeekinsDJ@scdot.org>
**Cc:** Christopher L. Price <chris@bluewatercivil.com>
**Subject:** Legacy Early College - New Charter School -Schematic Design Plans

**\*\*\* This is an EXTERNAL email. Please do not click on a link or open any attachments unless you are confident it is from a trusted source. \*\*\***

Daniel/David,

Ben Olson gave me your email addresses as school operations points of contact. We're working with Legacy Early College for a new school site in Greenville County. I've attached some schematic design plans as well as the TIA. Can you please review and provide feedback before we submit more detailed plans for the concurrence letter review? If we need to set up a time for a call or virtual meeting we can do that as well.

Thanks,

**Michael MacNabb, PE/PLA/LEED AP**
**Bluewater Civil Design, LLC - Partner**
718 Lowndes Hill Road - Greenville, SC 29607
Office - Direct: 864-326-4209
Cell: 864-735-5323 - Email: mike@bluewatercivil.com
Please visit our website at: www.bluewatercivil.com

NOTICE: This message is directed to and is for the use of the above-noted addressee only, and its contents may be legally privileged or confidential. If
the reader of this message is not the intended recipient, you are hereby notified that any distribution, dissemination, or copy of this message is strictly prohibited. If you have received this message in error, please delete it immediately and notify the sender. This message is not intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated hereon.

Bluewater Civil Design, LLC has Professionals Licensed in SC, NC, GA, AL, TN, FL, KY, ID, MT, WA, LA, VA, KS, OK, MS, NV

The information contained in this transmission is intended only for the use of the person(s) named above. If you are not the intended recipient, please contact the sender by reply email. The South Carolina Department of Education is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt. Communications to and from the South Carolina Department of Education are subject to the South Carolina Freedom of Information Act, unless otherwise exempt by state or federal law.