# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| LEGACY ADVANCEMENT,<br><br>        Plaintiff,<br><br>vs.<br><br>VERTEX EDUCATION, LLC, and LEGACY TRADITIONAL SCHOOLS-SOUTH CAROLINA,<br><br>        Defendants. | Case No.: 6:24-cv-4047-JDA<br><br>**MOTION TO WITHDRAW APPEARANCE AS COUNSEL OF RECORD** |

      Pursuant to Local Civ. Rule 83.I.07 (D.S.C.), the undersigned counsel of record for Plaintiff Legacy Advancement ("Plaintiff") files this Motion to Withdraw the appearance of Cherie W. Blackburn, formerly of the law firm of Maynard Nexsen PC, as counsel of record for Plaintiff in this action. In support of this Motion, the undersigned counsel states the following:

      1.     On July 9, 2025, Cherie W. Blackburn withdrew from the firm of Maynard Nexsen PC and began employment with Saxton & Stump; she will no longer be representing Plaintiff.

      2.     No prejudice will result to Plaintiff, as counsel of record Sara Centioni Kanos of Maynard Nexsen PC, will continue to represent Plaintiff in this matter.

      3.     This Motion is made with the consent of Plaintiff and the undersigned attorney who will remain as counsel for Plaintiff.

      WHEREFORE, the undersigned counsel requests that this Court enter an Order granting the withdrawal of the appearance of Cherie W. Blackburn as counsel of record for Plaintiff in this matter and relieving her of any further responsibility for the

1

representation of Plaintiff.

                Respectfully submitted,

                s/ Sara Centioni Kanos
                Sara Centioni Kanos (Federal ID No. 9978)
                MAYNARD NEXSEN PC
                104 S. Main Street, Suite 900
                Greenville, South Carolina 29601
                Phone:  864-282-1171
                Facsimile:  864-282-1177
                E-mail: skanos@maynardnexsen.com


                Attorneys for Plaintiff

July 29, 2025
Greenville, South Carolina