# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| LEGACY ADVANCEMENT,<br><br>        Plaintiff,<br><br>vs.<br><br>VERTEX EDUCATION, LLC, and LEGACY TRADITIONAL SCHOOLS-SOUTH CAROLINA,<br><br>        Defendants. | Case No. 6:24-cv-04047-JDA<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order (Dkt. No. 68), Plaintiff Legacy Advancement ("Plaintiff") and Defendants Vertex Education, LLC, and Legacy Traditional Schools-South Carolina ("Defendants" and collectively the "Parties"), by and through their respective counsel, jointly file this Status Report to notify the Honorable Jacquelyn D. Austin that the Parties are engaged in good faith settlement negotiations but have not yet reached an agreement. The Parties thus respectfully request the Court extend the Parties' deadline to file a joint stipulation of dismissal by one week to allow the Parties to continue their good faith settlement negotiations and agree upon terms of dismissal.

[Signatures on following page]

Respectfully Submitted on August 1, 2025.

/s/Sara Kanos_____
Sara Centioni Kanos (Fed ID 9978)
MAYNARD NEXSEN PC
104 S. Main Street, Suite 900
Greenville, South Carolina 29601
Phone: 864-282-1171
skanos@maynardnexsen.com

*Attorney for Plaintiff*

/s/ Jennifer Munter Stark_____
Jennifer Munter Stark (Fed ID 9364)
Jennifer Munter Stark, Esquire, LLC
210 Wingo Way, #300
Mt. Pleasant, SC 29464
Phone: 843-972-0004
jmunterstarklaw@gmail.com

John J. Dabney (admitted pro hac vice)
Mary D. Hallerman (admitted pro hac vice)
Morgan R. Povinelli (admitted pro hac vice)
SNELL & WILMER LLP
2001 K. Street, NW, Suite 425 North
Washington, DC 20006-1073
Phone: 202-908-4260
jdabney@swlaw.com
mhallerman@swlaw.com
mpovinelli@swlaw.com

*Attorneys for Defendant Vertex Education, LLC*

/s/Anne Peterson_____
Anne Louise Peterson (Fed ID 9408)
Innovative Public Affairs, LLC
P.O. Box 12298
Charleston, SC 29422
Phone: 843-906-3763
anne@peterson-hutto.com

*Attorney for Defendant Legacy Traditional Schools-South Carolina*