# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# GREENVILLE DIVISION

| | |
|---|---|
| LEGACY ADVANCEMENT,<br><br>    Plaintiff,<br><br>vs.<br><br>VERTEX EDUCATION, LLC, and LEGACY TRADITIONAL SCHOOLS-SOUTH CAROLINA,<br><br>    Defendants. | Case No. 6:24-cv-04047-JDA<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

    Plaintiff Legacy Advancement and Defendants Vertex Education, LLC and Legacy Traditional Schools-South Carolina (all collectively the "Parties") entered a Settlement Agreement that resolves this action. Pursuant to the Court's Orders (Dkt. Nos. 68, 77), the terms of the Settlement Agreement, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties jointly stipulate to and respectfully request the Court dismiss this action with prejudice with each party to bear its own attorney's fees and costs, as shown in the attached proposed order.

    [Signatures on following page]

Respectfully Submitted on August 8, 2025.

<u>*/s/ Sara Centioni Kanos*</u>
Sara Centioni Kanos (Fed ID 9978)
MAYNARD NEXSEN PC
104 S. Main Street, Suite 900
Greenville, South Carolina 29601
Phone: 864-282-1171
skanos@maynardnexsen.com

*Attorney for Plaintiff*

<u>*/s/ Jennifer Munter Stark*</u>
Jennifer Munter Stark (Fed ID 9364)
Jennifer Munter Stark, Esquire, LLC
210 Wingo Way, #300
Mt. Pleasant, SC 29464
Phone: 843-972-0004
jmunterstarklaw@gmail.com

John J. Dabney (admitted pro hac vice)
Mary D. Hallerman (admitted pro hac vice)
Morgan R. Povinelli (admitted pro hac vice)
SNELL & WILMER LLP
2001 K. Street, NW, Suite 425 North
Washington, DC 20006-1073
Phone: 202-908-4260
jdabney@swlaw.com
mhallerman@swlaw.com
mpovinelli@swlaw.com

*Attorneys for Defendant Vertex Education, LLC*

<u>*/s/ Anne Louise Peterson*</u>
Anne Louise Peterson (Fed ID 9408)
Innovative Public Affairs, LLC
P.O. Box 12298
Charleston, SC 29422
Phone: 843-906-3763
anne@peterson-hutto.com

*Attorney for Defendant Legacy Traditional Schools-South Carolina*